No. 1836. El Pueblo, Apelado, v. Miranda, Apelante.—
Corte de Distrito de Arecibo. Abuso de confianza. Re-
suelto en diciembre 23, 1921.   No existe pliego de excepcio-
nes ni relación de hechos y tampoco se ha radicado alegato
y no apareciendo de los autos error fundamental alguno, se
confirma la sentencia.

No. 1828. El Pueblo, Apelado, v. Figueroa, Apelante.—
Corte de Distrito de San Juan, Segundo Distrito. Acome-
timiento y agresión grave. Resuelto en diciembre 23, 1921.
No existe pliego de excepciones ni exposición de hechos y
tampoco se ha radicado alegato y no apareciendo de los au-
tos error fundamental alguno, se confirma la sentencia.

No. 2612. García, Apelante, v. Riollano, Apelado. —
Corte de Distrito de San Juan, Sección Segunda. Moción de
la apelada para desestimar la apelación. Resuelto en enero
12, 1922.   No habiendose presentado la transcripción de los
autos en el término legal se declara con lugar y se deses-
tima la apelación.

No. 2630. Espinet, Apelante, v. Lomo, Apelado.—Corte
de Distrito de Ponce. Reclamación de mejoras. Resuelto
en enero 12, 1922.   Moción del apelado para que se deses-
time la apelación, acompañada de certificación. *Desestimada.*

No. 2590. Orta, Apelado, v. Serrano, Apelante.—Corte
de Distrito de Ponce. Cobro de dinero. Moción del ape-
lado para que se desestime la apelación. Resuelto en enero
12, 1922.   No. habiéndose radicado el alegato que requiere
la regla 42 del Reglamento del Tribunal, se desestima la
apelación.

No. 1835. El Pueblo, Apelado, v. Rivera, Apelante. —
Corte de Distrito de San Juan, Segundo Distrito. Acome-
timiento y agresión grave. Resuelto en enero 12, 1922. Apa-
reciendo que la denuncia es bastante y la prueba suficiente
para sostener la sentencia, se confirma.